IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TAMARSKI FURDGE,               )
                               )
    Plaintiff,          )
                               )      CIVIL ACTION NO.
    v.                    )       2:18cv682-MHT
                               )          (WO)
PRITI, INC., and RED ROOF  )
INNS, INC.,              )
                               )
    Defendants.        )

ORDER

This case is before the court on the joint status report filed by plaintiff Tamarski Furdge and defendant Red Roof Inns, Inc. (doc. no. 32), and on Furdge's unopposed motion for settlement conference with defendant Red Roof Inns, Inc. (doc. no. 35). In the status report, filed on August 19, 2019, the parties moved for an additional 21-day stay of the case pending continuing settlement negotiations. The parties also stated, "Plaintiff will seek and Defendant will not oppose a mediation by [the] Magistrate [Judge] if the case is not resolved at the end of the stay." Status

Report (doc. no. 32).  The 21 days have passed, and the case has not been resolved.

***

Accordingly, it is ORDERED that:

(1) The motion for an additional 21-day stay (doc. no. 32) is granted, and the case is retroactively stayed through September 9, 2019.

(2) The stay has expired, and the parties should file a new motion to stay should they wish for an additional stay.

(3) Plaintiff Tamarski Furdge's unopposed motion for settlement conference with defendant Red Roof Inns, Inc. (doc. no. 35) is granted, and the parties shall jointly contact the United States Magistrate Judge assigned to the case to arrange for mediation.

DONE, this the 16th day of October, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE